## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| HERBERT S. OLSON, | ) | 3:16-cv-00195-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | May 12, 2016 |
| WARDEN ISIDRO BACA, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant's motion for a twenty one (21) day enlargement of time up to and including June 1, 2016, to file Defendant Baca's response to Plaintiff's complaint. (ECF No. 5.) This is the first request for an extension of time.  Defendant has demonstrated good cause to grant the extension.

Defendant's motion (ECF No. 5) is therefore **GRANTED** and Defendant shall have **up to and including June 1, 2016** to file his response to Plaintiff's complaint.**.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:    /s/
     Deputy Clerk